LOCKE LORD LLP
Susan J. Welde, (SBN: 205401)
swelde@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO. 3:14-cv-05678-JCS<br><br>Honorable Joseph C. Spero<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint Served: Jan. 9, 2015<br>Amended Comp. Served: Jan. 30, 2015<br>Current Response Due: Feb. 13, 2015<br>New Response Date: Feb. 27, 2015 |

Defendant UBER TECHNOLOGIES, INC. ("Uber") and Plaintiffs KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL, on behalf of themselves and all others similarly situated, ("Plaintiffs") (collectively the "Parties"), by and through their attorneys, hereby jointly stipulate for good cause as follows:

1.  Plaintiffs have filed an amended complaint on this date, January 30, 2015.

2.  Plaintiffs have agreed to extend Uber's deadline to respond to the amended complaint for a period not greater than thirty days, from February 13, 2015 through February 27, 2015.

3.  Accordingly, the Parties jointly stipulate that Uber's new deadline to respond to Plaintiffs' amended complaint will be February 27, 2015.

IT IS SO STIPULATED.

Dated: January 30, 2015          Respectfully submitted,

                                 LOCKE LORD LLP


                                 By: /s/ *Susan J. Welde*
                                     Susan J. Welde
                                 *Attorneys for Defendant UBER TECHNOLOGIES, INC.*

Dated: January 30, 2015          TYCKO & ZAVAREEI LLP


                                 By: */s/ Hassan A. Zavareei*
                                     Hassan A. Zavareei
                                 *Attorneys for Plaintiffs KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated*

Dated: 2/3/15



IT IS SO ORDERED
Judge Joseph C. Spero