Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRY REARDON, et al.                          )
                                               )   Case No: 14-cv-05678
                        Plaintiff(s),          )
                                               )   **APPLICATION FOR**
        v.                                     )   **ADMISSION OF ATTORNEY**
                                               )   **PRO HAC VICE**
UBER TECHNOLOGIES,                             )   (CIVIL LOCAL RULE 11-3)
                                               )
                        Defendant(s).          )
                                               )

   I, Martin W. Jaszczuk                    , an active member in good standing of the bar of
Illinois                    , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Defendant Uber Technologies, Inc.           in the
above-entitled action. My local co-counsel in this case is Susan J. Welde                    , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 111 S. Wacker Drive | 300 S. Grand Ave., 26th Floor |
| Chicago, IL 60606 | Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 443-0610 | (213) 485-1500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mjaszczuk@lockelord.com | swelde@lockelord.com |

   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 6277720        .

   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  02/03/15                              Martin W. Jaszczuk                    ⊞
                                              _____
                                              APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Martin W. Jaszczuk            is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  02/06/15

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

                                              Judge Joseph C. Spero

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*