LOCKE LORD LLP
Susan J. Welde, (SBN: 205401)
swelde@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

LOCKE LORD LLP
Martin Jaszczuk, (*Pro Hac Vice*)
mjaszczuk@lockelord.com
Nick J. Di Giovanni, (*Pro Hac Vice*)
ndigiovanni@lockelord.com
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 3:14-cv-05678-JCS<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant Uber Technologies, Inc. states that it is a privately held corporation with no parent corporation or publicly held corporation that owns 10 percent or more of its stock.  The undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  February 16, 2015

Respectfully submitted,

LOCKE LORD LLP


By:  /s/ *Susan J. Welde*
Susan J. Welde
*Attorneys for Defendant UBER TECHNOLOGIES, INC.*