LOCKE LORD LLP
Susan J. Welde, (SBN: 205401)
swelde@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

LOCKE LORD LLP
Martin Jaszczuk, (*Pro Hac Vice*)
mjaszczuk@lockelord.com
Nick J. Di Giovanni, (*Pro Hac Vice*)
ndigiovanni@lockelord.com
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 3:14-cv-05678-JST<br><br>Honorable Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Date:   April 16, 2015<br>Time:  2:00 p.m.<br>Courtroom 9 - 19th Floor<br><br>Judge Jon S. Tigar |

The Court, having considered Defendant Uber Technologies, Inc.'s Motion to Dismiss in relation to the claims pursued by Plaintiffs Kerry Reardon, James Lathrop, Jennifer Reilly, Justin Bartolet and Jonathan Grindell (collectively, "Plaintiffs"), as well as the arguments of the parties and the papers submitted, hereby GRANTS the Motion to Dismiss on the ground that Plaintiffs fail to state a claim on which relief may be granted.

Because amendment would be futile, the Plaintiffs' claims as set forth in the First Amended Complaint are hereby dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

Hon. Jon S. Tigar
United States District Court Judge

**Locke Lord LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA 90071**