Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W., Suite 808
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Attorney for Plaintiffs Kerry Reardon,*
*James Lathrop, Julie McKinney,*
*Jonathan Grindell, Sandeep Pal,*
*Jennifer Reilly, and Justin Bartolet*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFFS KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 14-cv-05678-JST<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>Hearing Date: April 16, 2015<br>Time: 2:00 pm<br>Courtroom: 9 -19th Floor<br><br>Judge Jon S. Tigar |

Pursuant to Rule 201 of the Federal Rules of Evidence and in connection with their Opposition to Defendant's Motion to Dismiss, Plaintiffs hereby request that the Court take judicial notice of the attached Exhibits 1 to 2. These documents were filed by Defendant Uber Technologies, Inc. ("Defendant" or "Uber") in *O'Connor et al. v. Uber Technologies, Inc.*, No. 13-03826-EMC (N.D. Cal.).

Rule 201 permits a court to take judicial notice of an adjudicative fact "not subject to reasonable dispute" because the fact is either (1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b). A court may take judicial notice of "matters of public record" without converting a motion to dismiss into a motion for summary judgment. *MGIC*

*Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). This Court may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992). *See also MGIC Indem. Corp.*, 803 F.2d at 504 (holding that the district court properly took judicial notice of documents from another proceeding when considering a motion to dismiss).

The attached Exhibits are appropriate for judicial notice because they are publicly available court filings in this Court in another matter involving Defendant, wherein Defendant makes numerous factual admissions relevant to the topics at issue in Defendant's Motion to Dismiss and Plaintiffs' Opposition thereto. Plaintiffs have brought claims pursuant to the Telephone Consumer Protection Act. Plaintiffs' First Amended Complaint ("FAC") ¶¶ 135-141. All Plaintiffs alleged on the face of their complaint that Uber was engaging in telemarketing, as set forth by FCC regulations. *Id.* ¶¶ 34, 51, 68, 82, 97, 111, 122. As a telemarketer engaging in advertising via the text messages, Uber is subject to the heightened requirement of obtaining Plaintiffs' prior express *written* consent. 47 C.F.R. § 64.1200(a)(2). In its Motion to Dismiss, Uber does not claim it obtained prior express *written* consent—instead, it argues that it was not engaging in telemarketing or advertising but, rather, was acting as some sort of employer engaging in recruitment-type activity. Yet, in other ongoing proceedings before this Court, Defendant has expressly disavowed any employment relationship with its drivers and, instead, it has admitted that its drivers are "customers" of Uber and that it "markets" and "promotes" its mobile application, the Uber App, to drivers just as it markets and promotes its services to passengers. As such, the Exhibits are directly relevant to Plaintiffs' Opposition to the Motion to Dismiss and are capable of accurate and ready determination by resort to public sources whose accuracy cannot reasonably be questioned. The Exhibits are as follows:

1. Defendant's Motion for Summary Judgment, *O'Connor et al. v. Uber Technologies, Inc.*, No. 13-03826-EMC (N.D. Cal.), Dkt. 211.

2. Defendant's Reply in Support of Motion to Dismiss, *O'Connor et al. v. Uber Technologies, Inc.*, No. 13-03826-EMC (N.D. Cal.), Dkt. 45.

1 | For the foregoing reasons, Plaintiffs respectfully request that the Court take judicial notice of
2 | the attached Exhibits 1 to 2.
3 |
4 | Dated: March 13, 2015

Respectfully submitted,

 /s/ Hassan A. Zavareei
Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W., Suite 808
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Attorney for Plaintiffs Kerry Reardon, James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 13, 2015, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

/s/ Hassan A. Zavareei
Hassan A. Zavareei
*Attorney for Plaintiffs*