Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W., Suite 808
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Attorney for Plaintiffs Kerry Reardon, James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

**LOCKE LORD LLP**
Susan J. Welde (SBN: 205401)
swelde@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200

**LOCKE LORD LLP**
Martin Jaszczuk (Pro Hac Vice)
mjaszczuk@lockelord.com
Nick J. Di Giovanni (Pro Hac Vice)
ndigiovanni@lockelord.com
111 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

*Attorneys for Defendant Uber Technologies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>UBER TECHNOLOGIES, INC.<br><br>　　　Defendant. | Civil Action No. 14-cv-05678-JST<br><br>Honorable Jon S. Tigar<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs KERRY REARDON, JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET and Defendant UBER TECHNOLOGIES, INC. (collectively, "the Parties") hereby submit, through the undersigned counsel of record, the following Stipulation to Continue the Case Management Conference currently scheduled in this matter.  In support of this stipulation, the Parties state as follows:

1. Plaintiffs filed their initial Complaint on December 31, 2014.  The case was initially assigned to Judge Joseph Spero.

2. On January 7, 2015, the Court entered an Order Setting Initial Case Management Conference and ADR Deadlines.  That Order set the Case Management Conference for April 3, 2015.

3. Plaintiffs filed their First Amended Complaint on January 30, 2015, prior to Defendant's response.

4. On February 18, 2015, the case was reassigned to the Honorable John S. Tigar by the Court.

5. On February 19, 2015, the Court set a new date for the Initial Case Management Conference before Judge Tigar of April 22, 2015.

6. Defendant filed its partial Motion to Dismiss the First Amended Complaint on February 27, 2015.  That Motion is now fully briefed.

7. On March 31, 2015, the Court continued the Initial Case Management Conference to May 13, 2015.  The Court also reset the deadline for the filing of the Joint Case Management Statement to April 29, 2015.

8. The Parties have been meeting and conferring regarding the Joint Case Management Statement and timely filed that document on today's date.  *See* Docket No. 37.

9. However, counsel for Plaintiffs is unavailable to personally attend the Initial Case Management Conference now scheduled for May 13, 2015 because it is his daughter's birthday.  Counsel for Plaintiffs lives in Washington, DC and is unable to travel to San Francisco on May 13, 2015 due to personal family commitments related to his daughter's birthday.

10. The Parties have communicated with Judge Tigar's Courtroom Deputy and understand that the Court may be available to reschedule the Initial Case Management Conference for the following Wednesday, May 20, 2015

**IT IS THEREFORE STIPULATED AND AGREED** by the Parties, through the undersigned, as follows:

1. The Parties agree to continue the Initial Case Management Conference to May 20, 2015 at 2:00 pm, or another date and time agreeable to the Court.

**IT IS SO STIPULATED.**

DATED: April 29, 2015                TYCKO AND ZAVAREEI, LLP

                                     By     */s/ Hassan A. Zavareei*
                                     Hassan A. Zavareei
                                     Attorney for Plaintiffs


DATED: April 29, 2015                LOCKE LORD LLP

                                     By     */s/ Martin Jaszczuk*
                                     Attorney for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 29, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*United States District Court, Northern District of California*

-3-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Civil Action No. 14-cv-05678-JST

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: April 29, 2015					TYCKO AND ZAVAREEI LLP

						By	*/s/ Hassan A. Zavareei*
							Hassan A. Zavareei

							Attorney for Plaintiffs