# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: July 22, 2015            Judge: Jon S. Tigar

Time: 15 minutes

Case No.     **3:14-cv-05678-JST**
Case Name     **Kerry Reardon, et al. v. Uber Technologies, Inc.**

Attorney for Plaintiffs:     Hassan A. Zavareei

Attorney for Defendant:     Martin W. Jaszczuk

Deputy Clerk: William Noble            Court Reporter: Not reported

## PROCEEDINGS

Initial case management conference.

## RESULT OF HEARING

1. Court did not set a mediation deadline.
2. The Court adopted the parties proposed deadlines:

| | |
|---|---|
| Add parties or amend pleadings | August 10, 2015 |
| Plaintiff's expert designation | November 13, 2015 |
| Defendant's expert designation | December 18, 2015 |
| Class certification motion due | February 2, 2016 |
| Response | March 11, 2016 |
| Reply | March 25, 2016 |
| Further case management conference | May 25, 2016 at 2:00 p.m. in San Francisco |