UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY REARDON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 14-cv-05678-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | August 10, 2015 |
| Plaintiffs' expert designation | November 13, 2015 |
| Defendant's expert designation | December 18, 2015 |
| Plaintiff's motion for class certification | February 12, 2016 |
| Opposition to class certification | March 11, 2016 |
| Reply to class certification | March 25, 2016 |
| Further case management conference | May 25, 2016 |
| Deadline to file dispositive motions | 60 days after the order on class certification |

1   Counsel may not modify these dates without leave of court.  The parties shall comply with
2   the Court's standing orders, which are available at cand.uscourts.gov/jstorders.
3   The parties must take all necessary steps to conduct discovery, compel discovery, hire
4   counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5   manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6   calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.
7   Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8   disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9   controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11  to grant a continuance.
12  **IT IS SO ORDERED.**
13  Dated: July 22, 2015

_____
JON S. TIGAR
United States District Judge