1  Hassan A. Zavareei (SBN 181547)
   hzavareei@tzlegal.com
2  **TYCKO AND ZAVAREEI, LLP**
   2000 L Street, N.W., Suite 808
3  Washington, DC 20036
   Tel.: (202) 973-0900
4  Fax: (202) 973-0950

5  *Attorney for Plaintiffs James Lathrop, Julie*
   *McKinney, Jonathan Grindell, Sandeep Pal,*
6  *Jennifer Reilly, and Justin Bartolet*

7  **LOCKE LORD LLP**
   Susan J. Welde (SBN: 205401)
8  swelde@lockelord.com
   300 South Grand Avenue, Suite 2600
9  Los Angeles, California 90071
   Telephone: (213) 485-1500
10 Facsimile: (213) 485-1200

11 **LOCKE LORD LLP**
   Martin Jaszczuk (Pro Hac Vice)
12 mjaszczuk@lockelord.com
   Nick J. Di Giovanni (Pro Hac Vice)
13 ndigiovanni@lockelord.com
   111 S. Wacker Drive
14 Chicago, Illinois 60606
   Telephone: (312) 443-0700
15 Facsimile: (312) 443-0336

16 *Attorneys for Defendant Uber Technologies,*
   *Inc.*
17
                  **UNITED STATES DISTRICT COURT**
18
               **NORTHERN DISTRICT OF CALIFORNIA**
19
                    **SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| 21 JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET 22 on behalf of themselves and all others similarly situated, 23 | Civil Action No.: 14-cv-05678-JST |
| | Honorable Jon S. Tigar |
| 24 Plaintiffs, | **STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION PROCESS** |
| vs. 25 | |
| UBER TECHNOLOGIES, INC., 26 | |
| Defendant. 27 | |

28

Plaintiffs JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET and Defendant UBER TECHNOLOGIES, INC. (collectively, "the Parties") hereby submit, through the undersigned counsel of record, the following Stipulation to Participate in Private Mediation Process.  In support of this stipulation, the Parties state as follows:

1.      Plaintiffs filed their initial Complaint on December 31, 2014.

2.      On March 13, 2015, the parties filed their Stipulation and Proposed Order Selecting ADR Process.  *See* Docket No. 30.  In that Stipulation, the parties agreed to participate in mediation using the Court's process by November 30, 2015.

3.      On April 29, 2015, the parties timely filed their Joint Case Management Statement.  *See* Docket No. 37.  In that Joint Case Management Statement, the parties agreed to conduct mediation by February 16, 2016.

4.      On July 19, 2015, the Court granted in part and dismissed in part Defendant's partial Motion to Dismiss.  *See* Docket No. 49.

5.      The parties have had further meet and confer discussions concerning mediation and have agreed that a private mediation is preferable to the Court process.  Pending the Court's approval, the parties have agreed to conduct a private mediation with a mediator agreeable to both parties.  The parties do not currently have a private mediation scheduled, but will schedule such a mediation when they believe that it will be productive.

**IT IS THEREFORE STIPULATED AND AGREED** by the Parties, through the undersigned, as follows:

1.      Provided that the Court approves, the Parties agree to participate in private mediation with a mediator to be jointly approved by the parties.

2.      The Parties agree that the case should be removed from the Court's mediation program.

**IT IS SO STIPULATED.**

STIPULATION TO PARTICIPATE IN PRIVATE MEDIATION PROCESS

1

2   DATED: September 2, 2015                    TYCKO AND ZAVAREEI, LLP

3                                               By____/s/ Hassan A. Zavareei_____
                                                     Hassan A. Zavareei
4
                                                Attorneys for Plaintiffs
5

6   DATED: September 2, 2015                    LOCKE LORD LLP

7

8                                               By_____/s/ Martin W. Jaszczuk_____
                                                     Martin W. Jaszczuk
9
                                                Attorneys for Defendant
10

11

12             **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

13

14  DATED: _September 2, 2015_

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 2 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: September 2, 2015                    TYCKO AND ZAVAREEI, LLP

By___*/s/ Hassan A. Zavareei*_____
     Hassan A. Zavareei

Attorney for Plaintiffs