| | |
|---|---|
| 1 | James G. Snell, Bar No. 173070 |
| | JSnell@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 3 | Palo Alto, CA  94304-1212 |
| | Telephone:  650.838.4300 |
| 4 | Facsimile:  650.838.4350 |
| 5 | Attorney for Defendant |
| | Uber Technologies, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated, | Case No. 14-cv-05678-~~JCS~~ JST<br><br>**NOTICE OF CONSENT TO SUBSTITUTION OF COUNSEL FOR DEFENDANT; [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to the approval of the Court, Defendant Uber Technologies, Inc. ("Uber") hereby substitutes James G. Snell of the law firm Perkins Coie LLP as counsel of record in place of Locke Lord LLP in the above-captioned matter.

-1-

1   All filings, pleadings, orders, discovery, correspondence and notices should henceforth be
2   served upon the following:

James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

The undersigned hereby consent to the above substitution of counsel:

DATED:  September 11, 2015        **UBER TECHNOLOGIES, INC.**

By:s/ Gina Moon
Gina Moon
Corporate Counsel, Litigation
Uber Technologies, Inc.

DATED:  September 14, 2015        **LOCKE LORD LLP**

By:s/ Susan J. Welde, Bar No. 205401
Susan J. Welde, Bar No. 205401
Nick J. DiGiovanni, *pro hac vice*
Martin W. Jaszczuk, *pro hac vice*
Withdrawing Attorneys for Defendant Uber
Technologies, Inc.

DATED:  September 14, 2015        **PERKINS COIE LLP**

By:s/ James G. Snell, Bar No. 173070
James G. Snell, Bar No. 173070
Substituting Attorneys for Defendant Uber
Technologies, Inc.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED:  September 14, 2015        **PERKINS COIE LLP**

By:s/ James G. Snell, Bar No. 173070
James G. Snell, Bar No. 173070

-2-

SUBSTITUTION OF COUNSEL
Case No. 14-cv-05678-JCS

LEGAL127698863.3

1  The above Substitution of Counsel is approved and IT IS SO ORDERED.

2  DATED: September 15, 2015

3  _____
   Hon. Jon S. Tigar
   United States District Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*United States District Court, Northern District of California*

-3-