# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  November 2, 2015                                          Judge:  Jon S. Tigar

Time:  12 minutes

Case No.        **3:14-cv-05678-JST**
Case Name       **James Lathrop, et al. v. Uber Technologies, Inc.**

Attorney for Plaintiffs:          Hassan A. Zavareei

Attorneys for Defendant:          James G. Snell; Debra R. Bernard; Nicola Menaldo

Deputy Clerk:  William Noble                             Court Reporter: Not reported

### PROCEEDINGS

Telephonic case management conference.

### RESULT OF HEARING

1.  The Court will approve the stipulation (docket 63) filed by the parties.
2.  The Court set the following deadlines:
    a.  Agenda due:  December 9, 2015
    b.  Telephonic case management conference:  December 11, 2015 at 4:00 p.m.
    c.  Mediation completion deadline:  February 29, 2016

1