Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 L Street, N.W., Suite 808
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Attorney for Plaintiffs*
*James Lathrop, Julie McKinney,*
*Jonathan Grindell, Sandeep Pal,*
*Jennifer Reilly, and Justin Bartolet*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 14-cv-05678-JST<br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO STAY<br><br>Hearing Date: January 7, 2016<br>Time: 2:00 pm<br>Courtroom: 9 -19th Floor<br><br>Judge Jon S. Tigar |

Plaintiffs respectfully submit the attached Supplemental Authority to the Court for consideration in reaching its decision on Defendant's Motion to Stay ("Motion" or "Mot.")  Dkt. 71.

As detailed in Plaintiffs' recently-filed Motion for Appointment of Interim Class Counsel (Dkt. 73), Plaintiffs are aware of at least three similar putative Telephone Consumer Protection Act ("TCPA") class actions that were filed against Defendant Uber Technologies, Inc. ("Defendant" or "Uber") several months after Plaintiff brought suit on December 31, 2014.  *Id.* at 1-2.  In at least two of those cases, Uber has moved for a stay on nearly identical grounds as it has claimed in this case.  See Ex. A, *Vergara v. Uber Technologies Inc.*, No. 1:15-CV-06942 (N.D. Ill.), Dkt. 12 (Oct. 16, 2015), Memorandum in Support of Motion to Stay Proceedings Pending Appeal of the FCC's

Omnibus Order to the United States Court of Appeals for the District of Columbia; Ex. B, *Kolloukian v. Uber Technologies, Inc.*, No. CV 15-2856-PSG-JEM (C.D. Cal.), Dkt. 41 (Oct. 23, 2015), Motion to Stay Proceedings Pending Appeal of the FCC's Omnibus Order to the United States Court of Appeals for the District of Columbia and *Spokeo v. Robins*.

Plaintiffs have now learned that the United States District Court for the Northern District of Illinois is the first court to have ruled on one of Uber's motions to stay, and it denied it.  Ex. C, *Vergara v. Uber Technologies Inc.*, No. 1:15-CV-06942 (N.D. Ill.), Dkt. 17 (Dec. 1, 2015), Minute Entry.[1]  Uber's motion to stay filed in *Vergara* is nearly identical to its Motion in this case.  In *Vergara*, Uber argued that the court should wait for the D.C. Circuit to rule on the FCC's interpretation of the terms "ATDS," "called party," and "call," Ex. A at 10.  Uber made identical arguments in this case.  Mot. at 15.  Uber also argued in *Vergara* that the case should be stayed pending resolution of the United States Supreme Court Case, *Spokeo, Inc. v. Robins*,[2] Ex. A. at 13 n.3, an argument it also raised in this case.  Mot. at 20-22.  The *Vergara* court rejected all of Uber's arguments and denied the stay.

Plaintiffs respectfully request that the Court take notice of the decision in *Vergara*, attached hereto as Exhibit C, in its consideration of Uber's Motion.

---

[1] Although the United States District Court for the Central District of California has not ruled on Uber's motion to stay in the *Kolloukian* matter, the Plaintiff in that case has elected to not oppose Uber's motion, *see* Ex. D, unlike the plaintiffs in this case and in *Vergara*.

[2] No. 13-1339, 2015 WL 1879778, at *1 (U.S. Apr. 27, 2015).

| | |
|---|---|
| Dated: December 3, 2015 | Respectfully submitted,<br><br>  /s/ Hassan A. Zavareei<br>Hassan A. Zavareei (SBN 181547)<br>hzavareei@tzlegal.com<br>**TYCKO & ZAVAREEI LLP**<br>2000 L Street, N.W., Suite 808<br>Washington, DC 20036<br>Tel.: (202) 973-0900<br>Fax: (202) 973-0950<br><br>*Attorney for Plaintiffs*<br>*James Lathrop, Julie McKinney,*<br>*Jonathan Grindell, Sandeep Pal,*<br>*Jennifer Reilly, and Justin Bartolet* |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 3, 2015, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

/s/ Hassan A. Zavareei
Hassan A. Zavareei
*Attorney for Plaintiffs*