Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Attorney for Plaintiffs James Lathrop,*
*Julie McKinney, Jonathan Grindell, Sandeep Pal,*
*Jennifer Reilly, and Justin Bartolet*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | **Civil Action No. 14-cv-05678-JST**<br><br>Judge Jon S. Tigar |

### PLAINTIFFS' SUPPLEMENT TO JOINT PROPOSED AGENDA

Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet (collectively, "Plaintiffs"), respectfully submit this supplement to the Joint Proposed Agenda filed on December 9, 2015. After learning that Defendant has reversed its earlier position and will agree to use this Court's Model Stipulated Order Re: Discovery of Electronically Stored Information for Standard Litigation, Plaintiffs have completed the information that is left blank in the form to reflect Plaintiffs' proposal. In order to discuss this with the Court at the telephonic hearing scheduled for later today, Plaintiffs respectfully submit this proposed model order as Exhibit 1 to this filing. A redlined version showing the edits to the model stipulated order is attached as Exhibit 2.

Plaintiffs presented their draft proposed order to Defendant, and Defendant strongly objects to this submission.

Dated: December 11, 2015            Respectfully submitted,

  /s/ Hassan A. Zavareei
Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

*Attorney for Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 11, 2015, I caused the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

/s/ Hassan A. Zavareei
Hassan A. Zavareei
*Attorney for Plaintiffs*