## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date:  December 11, 2015                                              Judge:  Jon S. Tigar

Time:  47 minutes

Case No.        **3:14-cv-05678-JST**
Case Name       **James Lathrop et al. v. Uber Technologies, Inc.**

Attorneys for Plaintiffs:       Hassan A. Zavareei; Andrea Gold (both appearing by telephone)
Attorney for Defendant:         Debra R. Bernard (appearing by telephone)

Deputy Clerk:  William Noble                              Court Reporter:  Not reported

### PROCEEDINGS

Telephonic case management conference.

### RESULT OF HEARING

1. Either a jointly proposed ESI discovery order or competing orders are due by December 18, 2015.  If competing orders are submitted, the Court will choose one.

2. A joint letter brief addressing the remaining discovery disputes identified in the filing at ECF 78 is due December 23, 2015.

3. A further telephonic case management conference is set for January 22, 2016 at 1:30 p.m. An agenda is due January 19, 2016.