```
1  James G. Snell, Bar No. 173070
   JSnell@perkinscoie.com
2  Joshua A. Reiten, Bar No. 238985
   JReiten@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Tel.: (415) 344-70000
5  Fax: (415) 3447050

6  Debra Bernard (admitted pro hac vice)
   DBernard@perkinscoie.com
7  PERKINS COIE LLP
   131 South Dearborn Street, Suite 1700
8  Chicago, IL 60603-5559
   Tel: (312) 324-8400
9  Fax: (312) 324-9559

10 Nicola C. Menaldo (admitted pro hac vice)
   NMenaldo@perkinscoie.com
11 PERKINS COIE LLP
   1201 Third Avenue, Suite 4900
12 Seattle, WA 98101-3099
   Tel: (206) 359-8000
13 Fax: (206) 359-9000

14 Attorneys for Defendant
   Uber Technologies, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 14-cv-05678-JST<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY PROCEEDINGS**<br><br>Date:      January 7, 2015<br>Time:      2:00 p.m.<br>Courtroom: 9 - 19th Floor<br><br>Judge Jon S. Tigar |

Defendant Uber Technologies, Inc. ("Uber") respectfully submits the attached Supplemental Authority to the Court for consideration in reaching its decision on Uber's Motion to Stay Proceedings Pending Appeal of the FCC's Omnibus Order to the United States Court of

129000326.3                                   -1-                   NOTICE OF SUPPLEMENTAL AUTHORITY
                                                                    Case No. 14-cv-05678-JST

Appeals For The District Of Columbia and the United States Supreme Court's Ruling in *Spokeo v. Robins* ("Motion to Stay").  *See* Dkt. No. 71.

On December 14, 2015, the Central District of California ruled in a TCPA case against Uber that a stay pending the D.C. Circuit's review of the FCC's Omnibus Order and the Supreme Court's decision in *Spokeo v. Robins* was "reasonable in light of the implications the appellate decisions may have on [the] litigation." *See* Order, *Kolloukian v. Uber Technologies, Inc.*, Case No. 2:15-cv-02856-PSG-JEM (C.D. Cal.), ECF No. 55 (Exhibit A).  The plaintiff in *Kolloukian* did not oppose Uber's motion and the court found that "a stay will conserve the Court's and the parties' resources by simplifying the issues in question, streamlining the resolution of substantive issues, and reducing the burden on the parties and the Court" and "will not create any undue prejudice to Plaintiff." *Id.* at 2.

Uber respectfully requests that the Court take notice of the decision in *Kolloukian*, attached hereto as Exhibit A, in its consideration of Uber's Motion to Stay.

DATED:  December 15, 2015

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Debra R. Bernard
    Debra R. Bernard

Attorney for Defendant
Uber Technologies, Inc.