James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
Joshua A. Reiten, Bar No. 238985
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Tel.: (415) 344-70000
Fax: (415) 3447050

Debra Bernard (admitted *pro hac vice*)
DBernard@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9559

Nicola C. Menaldo (admitted *pro hac vice*)
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 14-cv-05678-JST<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO STAY PROCEEDINGS**<br><br>Date:       January 7, 2015<br>Time:       2:00 p.m.<br>Courtroom:  9 - 19th Floor<br><br>Judge Jon S. Tigar |

Defendant Uber Technologies, Inc. ("Uber") respectfully submits the attached

Supplemental Authority to the Court for consideration in reaching its decision on Uber's Motion

to Stay Proceedings Pending Appeal of the FCC's Omnibus Order to the United States Court of

Appeals For The District Of Columbia and the United States Supreme Court's Ruling in *Spokeo v. Robins* ("Motion to Stay").  *See* Dkt. No. 71.

On December 17, 2015, the Central District of California ruled in a TCPA case that a stay pending the D.C. Circuit's review of the FCC's Omnibus Order was appropriate "in light of the risk of wasting the resources of the Court and the parties as well as the high degree of uncertainty in this area of the law."  *See* Order, *Fontes v. Time Warner Cable Inc.*, Case No. 2:14-cv-02060-CAS-CW (C.D. Cal.), ECF No. 52 (Exhibit A), at 8.  Specifically, the court determined that "the proper interpretation of the TCPA remains unclear" because "the close divide amongst the FCC Commissioners and the fact that at least one commissioner believes the FCC's ruling is 'flatly inconsistent with the TCPA'" established "a legitimate possibility that the Court of Appeals may overturn" the Omnibus Order.  *Id.* at 7.  Although the plaintiffs argued they would be prejudiced by a stay—particularly because the case had already been stayed once before—the court found that "while a stay may delay the resolution of this case, . . . this is not a sufficient basis for denying [defendant]'s motion."  *Id.* at 9.

Uber respectfully requests that the Court take notice of the decision in *Fontes*, attached hereto as Exhibit A, in its consideration of Uber's Motion to Stay.

DATED:  December 22, 2015

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Debra R. Bernard
Debra R. Bernard

Attorney for Defendant
Uber Technologies, Inc.