Hassan A. Zavareei (SBN 181547)
Andrea Gold (*pro hac vice*)
Andrew Silver (*pro hac vice*)
hzavareei@tzlegal.com
agold@tzlegal.com
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorney for Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | **Civil Action No. 14-cv-05678-JST**<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**<br><br>Judge Jon S. Tigar<br><br>DATE: January 7, 2015<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 9 |

Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet ("Plaintiffs") respectfully submit the attached Supplemental Authority to the

Court for consideration in reaching its decision on Defendant Uber Technologies, Inc.'s ("Uber") Motion to Stay Proceedings. *See* Dkt. 71.

On December 21, 2015, the United States District Court for the Northern District of Illinois rejected the defendant's request for a stay in a TCPA case pending the D.C. Circuit's review of the FCC's July 10, 2015 order ("FCC Order"). *See* Order, *Elikman v. Sirius XM Radio, Inc.*, No. 15 C 2093 (N.D. Ill.), ECF No. 37 (Exhibit A). With respect to the FCC's definition of an automatic telephone dialing system ("ATDS"), the court found that "it is 'overly speculative' at this point to stay the case based solely on the possibility that the D.C. Circuit will invalidate this long line of FCC precedent." *Id.* at 3 (citation omitted). The court found that because the defendant did not identify a clear case of hardship as required by *Landis v. N. Am. Co.*, 299 U.S. 248, 255 (U.S. 1936), it would be improper to "subject [plaintiff] to the inequity of infinite delay, as it is unknown when the D.C. Circuit will rule," as "the mere fact that [defendant] disagrees with the FCC in this instance does not constitute a hardship justifying a stay." *Id.* at 3-4.[1]

On December 22, 2015, in a TCPA case involving the same defendant as *Elikman*, the United States District Court for the Middle District of Florida also denied a stay pending the D.C. Circuit's review of the FCC Order. *See* Order, *Parker v. Sirius XM Radio*, No. 8:15-cv-1710-T-30EAJ (M.D. Fla.), ECF No. 23 (Exhibit B). Citing *Elikman*, the court held that "[s]taying the case pending the D.C. Circuit's review would subject Plaintiff to the inequity of an indefinite stay because it is unknown when the D.C. Circuit will rule." *Id.* at 5.[2]

Plaintiffs respectfully request that the Court take notice of the decisions in *Elikman* and *Parker*, attached hereto was Exhibits A and B, respectively, in consideration of Plaintiffs' Opposition to Uber's Motion to Stay.

---

[1] The court *did*, however, grant a stay pending the resolution of the motion for class certification in a related case involving identical allegations against the same defendant. *Id.* at 4.

[2] Like the *Elikman* court, the court did grant a stay pending resolution of the class certification motion in the same case as the one on which *Elikman* based its stay. *Id.* at 3-4.

Dated: December 24, 2015

Respectfully submitted,

 /s/ Hassan A. Zavareei
Hassan A. Zavareei (SBN 181547)
Andrea Gold (*pro hac vice*)
Andrew Silver (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorney for Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 24, 2015, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

/s/ Hassan A. Zavareei
Hassan A. Zavareei
*Attorney for Plaintiffs*