| | |
|---|---|
| 1 | James G. Snell, Bar No. 173070 |
|   | JSnell@perkinscoie.com |
| 2 | Joshua A. Reiten, Bar No. 238985 |
|   | JReiten@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 4 | San Francisco, California 94105 |
|   | Tel.: (415) 344-70000 |
| 5 | Fax: (415) 3447050 |

Debra Bernard (admitted *pro hac vice*)
DBernard@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9559

Nicola C. Menaldo (admitted *pro hac vice*)
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
Fax: (206) 359-9000

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 14-cv-05678-JST<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**<br><br>Date:      January 7, 2015<br>Time:     2:00 p.m.<br>Courtroom:  9 - 19th Floor<br><br>Judge Jon S. Tigar |

Defendant Uber Technologies, Inc. ("Uber") respectfully responds to the supplemental authority submitted by Plaintiffs on Thursday, December 24, 2015.

-1-

RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 14-cv-05678-JST

129146932.5

Plaintiffs' submitted authority is inapposite to the motion pending before this Court.  Both orders were from cases related to *Hooker v. Sirius XM Radio, Inc.*, No. 4:13-cv-3 (E.D. Va.), and while the courts denied stays during pendency of the D.C. Circuit appeals, both courts granted stays pending resolution of the plaintiff's motion for class certification in *Hooker*.  *See Elikman v. Sirius XM Radio, Inc.*, No. 15 C 2093 (N.D. Ill.), ECF No. 37 ("*Elikman* Order"); *Parker v. Sirius XM Radio*, No. 8:15-cv-1710-T-30EAJ (M.D. Fla.), ECF No. 23 ("*Parker* Order"). As Uber previously noted, the court in *Hooker* declined to stay proceedings because the operative complaint had been filed nearly two years prior, and the case had "a long history of extensions and delays," including two prior stays.  *See* Def.'s Reply in Supp. of Mot. to Stay Proceedings, Dkt. No. 77, at 11 n.7; *Hooker*, No. 4-13-cv-3 (E.D. Va. Sept. 25, 2015).  Here, the Second Amended Complaint was filed a mere four months before Uber's Motion to Stay and there have been no stays or any other delays in the proceedings.

*Elikman* and *Parker* are similarly distinguishable.  In both cases, the defendant sought stays based on "the question of whether a predictive dialer constitutes an ATDS," a question that the FCC had ruled on prior to the July 10, 2015 Omnibus Order and that is not squarely before the D.C. Circuit.  *See Elikman* Order, at 3; *Parker* Order at 2-3, 5.  Uber's motion to stay, in contrast, rests on the review of at least three unprecedented decisions in the Omnibus Order: the FCC's announcement that a device's *potential* as opposed to *present* capacity determines whether it qualifies as an ATDS; its new rule that a good faith caller can be held liable even when the "called party" has a reassigned or mistaken number; and its newly minted and virtually limitless standard for revocation of consent.  Because the petitioners and intervenors challenge these same three decisions in their briefs, *see* Exs. A-B, Def.'s Reply in Supp. of Mot. to Stay Proceeding, Dkt. Nos. 77-1, 77-2, "there is a legitimate possibility that the Court of Appeals may overturn" these decisions.  *See* Dkt. No. 93-1, Order, *Fontes v. Time Warner Cable Inc.*, No. 2:14-cv-02060-CAS-CW (C.D. Cal. Dec. 17, 2015).

Uber respectfully requests that the Court take notice of this response in evaluating the applicability of Plaintiffs' supplemental authority to Uber's Motion to Stay Proceedings.

-2-

RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 14-cv-05678-JST

129146932.5

1 | DATED:  December 29, 2015
2
Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Debra R. Bernard
   Debra R. Bernard

Attorney for Defendant
Uber Technologies, Inc.