UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 14-cv-05678-JST <br><br> **ORDER GRANTING REQUEST TO WITHDRAW MOTION** <br><br> Re: ECF Nos. 73, 106 |

Plaintiffs filed a motion seeking appointment of Hassan Zavareei of Tycko & Zavareei LLP as interim class counsel. See ECF No. 73. Plaintiffs now request the Court's permission to withdraw the motion without prejudice. ECF No. 106. Plaintiffs explain that they wish to confer with plaintiff's counsel in Kafatos v. Uber Technologies, Inc., Case No. 3:15-cv-03727-JST about how to coordinate efforts on behalf of plaintiffs in both cases. See id.

Good cause appearing, the Court grants the request and deems the motion withdrawn.

IT IS SO ORDERED.

Dated: January 6, 2016

JON S. TIGAR
United States District Judge