1  Hassan A. Zavareei (SBN 181547)
   hzavareei@tzlegal.com
2  Andrea R. Gold (admitted *pro hac vice*)
   agold@tzlegal.com
3  Andrew J. Silver (admitted *pro hac vice*)
   asilver@tzlegal.com
4  **TYCKO & ZAVAREEI LLP**
   1828 L Street, N.W., Suite 1000
5  Washington, DC 20036
   Tel.: (202) 973-0900
6  Fax: (202) 973-0950

7  Kristen Law Sagafi (SBN 222249)
   ksagafi@tzlegal.com
8  **TYCKO & ZAVAREEI LLP**
   483 Ninth Street, Suite 200
9  Oakland, CA 94607
   Tel.: (510) 907-7255
10 Fax: (202) 973-0950

11 *Attorneys for Plaintiffs James Lathrop,*
   *Julie McKinney, Jonathan Grindell, Sandeep Pal,*
12 *Jennifer Reilly, and Justin Bartolet*

13 Sarah J. Crooks (admitted *pro hac vice*)
   SCrooks@perkinscoie.com
14 **PERKINS COIE LLP**
   1120 NW Couch Street, 10th Floor
15 Portland, OR 97209
   Tel.: (503) 727-2252
16 Fax: (503) 346-2252

17 Debra R. Bernard (admitted *pro hac vice*)
   dbernard@perkinscoie.com
18 **PERKINS COIE LLP**
   131 South Dearborn, Suite 1700
19 Chicago, Illinois 60603
   Tel.: (312) 324-8559
20
   *Attorneys for Defendant Uber Technologies, Inc.*
21

22                   **UNITED STATES DISTRICT COURT**

23                   **NORTHERN DISTRICT OF CALIFORNIA**

24

| | |
|---|---|
| 25  JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP 26  PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and 27  all others similarly situated, 28                    Plaintiffs, | Case No. 14-cv-05678-JST  Honorable Jon S. Tigar |

-1-

STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED ORDER REGARDING JOINT LETTER
BRIEF ON DISCOVERY FILED DECEMBER 23, 2015

112060-0018/129439770.1

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | v. | **STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED ORDER REGARDING JOINT LETTER BRIEF ON DISCOVERY FILED DECEMBER 23, 2015** |
| 3 | UBER TECHNOLOGIES, INC., | |
| 4 | Defendant. | |

6   Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer

7 Reilly, and Justin Bartolet (collectively, "Plaintiffs") and Defendant Uber Technologies, Inc.

8 ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

9   WHEREAS, Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal,

10 Jennifer Reilly, and Justin Bartolet ("Plaintiffs") and Defendant Uber Technologies, Inc.

11 ("Defendant" or "Uber") submitted a joint letter outlining the parties' current discovery disputes

12 (Docket No. 100);

13   WHEREAS, the Court heard argument from the parties on January 7, 2016 on the issues

14 in the joint letter and ordered the Plaintiffs to submit a Proposed Order regarding the scheduling

15 of a Rule 30(b)(6) deposition of Uber;

16   WHEREAS, following the hearing on January 7, 2016, the Parties have been engaged in

17 further meet and confer discussions regarding the scheduling of, and topics to be included in, the

18 Rule 30(b)(6) depositions of Uber, including (but not limited to) the Rule 30(b)(6) deposition of

19 Uber related to discovery issues, as well as other scheduling issues;

20   WHEREAS, the Parties agree that a brief amount of additional time is necessary to

21 finalize the discussions for the Proposed Order;

22   WHEREAS, the Parties request a one-day extension of the deadline to submit the

23 Proposed Order.

24   IT IS HEREBY STIPULATED THAT:

25   The Parties agree, subject to Court approval, to submit a Proposed Order consistent with

26 the Court's direction at the January 7, 2016 hearing on January 13, 2016.

27 ///

28

-2-

STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED ORDER REGARDING JOINT LETTER BRIEF ON DISCOVERY FILED DECEMBER 23, 2015

112060-0018/129439770.1

Pursuant to Local Civil Rule 6-2(a), attached as Exhibit A is a joint declaration in support of this Stipulation.

DATED: January 12, 2016         **TYCKO AND ZAVAREEI, LLP**

By: */s/ Hassan A. Zavareei*
Hassan A. Zavareei, Bar No. 181547
hzavareei@tzlegal.com

Attorneys for Plaintiffs

DATED: January 12, 2016         **PERKINS COIE LLP**

By: */s/ Sarah J. Crooks*
Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com

Attorneys for Defendant

STIPULATION TO EXTEND DEADLINE TO SUBMIT PROPOSED ORDER REGARDING JOINT LETTER BRIEF ON DISCOVERY FILED DECEMBER 23, 2015

112060-0018/129439770.1

1
2     **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
3     DATED:  January 13, 2016
4
5                                                          _____
                                                           The Honorable Jon S. Tigar
6                                                          UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: January 12, 2016              **PERKINS COIE LLP**

By: */s/ Sarah J. Crooks*
Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com

Attorneys for Defendant