Hassan A. Zavareei (SBN 181547)
Andrea R. Gold (admitted *pro hac vice*)
Andrew J. Silver (admitted *pro hac vice*)
hzavareei@tzlegal.com
agold@tzlegal.com
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorneys for Plaintiffs James Lathrop,
Julie McKinney, Jonathan Grindell,
Sandeep Pal, Jennifer Reilly,
and Justin Bartolet*

James G. Snell
jsnell@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4367
Facsimile: (650) 838-4350

Debra R. Bernard (admitted *pro hac vice*)
dbernard@perkinscoie.com
**PERKINS COIE LLP**
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Telephone: (312) 324-8559

*Attorneys for Defendant Uber Technologies, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.<br><br>Defendant. | Civil Action No. 14-cv-05678-JST<br><br>[PROPOSED] ORDER RE: JOINT LETTER BRIEF ON DISCOVERY FILED DECEMBER 23, 2015<br><br>The Honorable Jon S. Tigar |

**WHEREAS**, Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant" or "Uber") submitted a joint letter outlining the parties' current discovery disputes (Docket No. 100);

**WHEREAS**, the parties disagree about whether the Court should require Uber to appear for at least two 7-hour Rule 30(b)(6) depositions;

**WHEREAS**, the Court heard argument from the parties on January 7, 2016, on the issues in the joint letter and ordered the Plaintiffs to submit a Proposed Order regarding the scheduling of a Rule 30(b)(6) deposition of Uber.

**IT IS HEREBY ORDERED** as follows:

1. Given the complexity and scope of this putative class action, Plaintiffs are entitled to more than one Fed. R. Civ. P. 30(b)(6) deposition of Uber in this case.

2. Plaintiffs are permitted to take a Fed. R. Civ. P. 30(b)(6) deposition of Uber related to discovery issues. The deposition will take place on January 25, 2016.

3. Plaintiffs are permitted to take at least one additional Fed. R. Civ. P 30(b)(6) deposition of Uber related to substantive issues, to be conducted on a separate date(s).

4. The Court hereby defers ruling on whether Uber must produce: (1) logs of text messages sent to putative class members; and (2) additional screen flows from its

mobile application and mobile and desktop websites.  Should the parties' dispute as to these issues remain following the Fed. R. Civ. P. 30(b)(6) deposition of Uber related to discovery issues, the parties shall submit an additional letter brief outlining the remaining dispute to the Court within one week following the Rule 30(b)(6) deposition on discovery.

**IT IS SO ORDERED**.

Dated:  January 13, 2016

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| The above order is approved as to form only: | The above order is approved as to form and substance: |
| /s/ Debra R. Bernard (by consent)<br>Debra R. Bernard (admitted *pro hac vice*)<br>dbernard@perkinscoie.com<br>**PERKINS COIE LLP**<br>131 South Dearborn, Suite 1700<br>Chicago, Illinois 60603<br>Tel.: (312) 324-8559<br><br>Sarah J. Crooks (admitted *pro hac vice*)<br>SCrooks@perkinscoie.com<br>**PERKINS COIE LLP**<br>1120 NW Couch Street, 10th Floor<br>Portland, OR 97209<br>Tel.: (503) 727-2252<br>Fax: (503) 346-2252<br><br>James G. Snell<br>jsnell@perkinscoie.com<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Telephone: (650) 838-4367<br>Facsimile: (650) 838-4350<br><br>*Attorneys for Defendant* | /s/ Hassan A. Zavareei<br>Hassan A. Zavareei (SBN 181547)<br>hzavareei@tzlegal.com<br>Andrea R. Gold (admitted *pro hac vice*)<br>agold@tzlegal.com<br>Andrew J. Silver (admitted *pro hac vice*)<br>asilver@tzlegal.com<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>Tel.: (202) 973-0900<br>Fax: (202) 973-0950<br><br>Kristen Law Sagafi (SBN 222249)<br>ksagafi@tzlegal.com<br>**TYCKO & ZAVAREEI LLP**<br>483 Ninth Street, Suite 200<br>Oakland, CA 94607<br>Tel.: (510) 907-7255<br>Fax: (202) 973-0950<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 13, 2016, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

/s/ Hassan A. Zavareei
Hassan A. Zavareei
*Attorney for Plaintiffs*