# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 22, 2016   Judge: Jon S. Tigar

Time: 10 minutes

Case No.     **3:14-cv-05678-JST**
Case Name    **James Lathrop, et al. v. Uber Technologies, Inc.**

Attorneys for Plaintiffs:     Andrea R. Gold; Andrew J. Silver; Hassan A. Zavareei

Attorneys for Defendant:     Debra R. Bernard; Erin Earl

Deputy Clerk: William Noble     Court Reporter: Not reported

## PROCEEDINGS

Telephonic Management Conference Further

## RESULT OF HEARING

1. The Court granted the requests for extension of time in paragraphs 1 and 4 of the Joint Proposed Agenda filed at docket 117.

2. The letter brief previously due February 1, 2016 is now due February 8, 2016.

3. The parties are to submit a proposed revised schedule by not later than January 29, 2016 that gives effect to the request in paragraph 4 of the Joint Proposed Agenda filed at docket 117.

4. A further telephonic case management conference is set for April 15, 2016 at 1:30 p.m. [Please email a conference call number to jstcrd@cand.uscourts.gov.]