Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
Andrea R. Gold (admitted pro hac vice)
agold@tzlegal.com
Andrew J. Silver (admitted pro hac vice)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorneys for Plaintiffs James Lathrop, Julie*
*McKinney, Jonathan Grindell, Sandeep Pal,*
*Jennifer Reilly, and Justin Bartolet*

James G. Snell (SBN 173070)
JSnell@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel.: (650) 838-4300
Fax: (650) 838-4350

Sarah J. Crooks (admitted pro hac vice)
SCrooks@perkinscoie.com
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209
Tel.: (503) 727-2252
Fax: (503) 346-2252

Debra R. Bernard (admitted pro hac vice)
dbernard@perkinscoie.com
**PERKINS COIE LLP**
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Tel.: (312) 324-8559

*Attorneys for Defendant Uber Technologies, Inc.*

STIPULATION TO AMEND SCHEDULING ORDER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, JULIE MCKINNEY, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated, | Civil Action No.: 14-cv-05678-JST |
| Plaintiffs, | Honorable Jon S. Tigar |
| v. | **STIPULATION TO AMEND SCHEDULING ORDER** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Plaintiffs James Lathrop, Julie McKinney, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet (collectively, "Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS, counsel for the Parties appeared via telephone for a Case Management Conference on January 22, 2016 and, during the Conference, the Court granted Plaintiffs' request for a 90-day extension of the schedule in this case, granted Defendant's request for a 7-day extension for the filing of the Joint Letter Brief regarding discovery issues referenced in the Court's Order of January 13, 2016, and requested that the parties submit an agreed schedule;

IT IS HEREBY STIPULATED THAT:

The Parties agree, subject to Court approval, to amend the deadlines as follows:

| Activity | Current Deadline | Requested Deadline |
|---|---|---|
| Letter Brief regarding discovery dispute | **February 1, 2016** | **February 8, 2016** |
| Plaintiffs' expert designation | **February 19, 2016** | **May 20, 2016** |
| Defendant's expert designation | **March 18, 2016** | **June 20, 2016** |
| Plaintiffs' Motion for class certification | **May 20, 2016** | **August 19, 2016** |
| Opposition to class certification | **June 20, 2016** | **September 23, 2016** |
| Reply to class certification | **July 5, 2016** | **October 4, 2016** |

STIPULATION TO AMEND SCHEDULING ORDER

| | | |
|---|---|---|
| Further case management conference | **September 21, 2016** | **December 2016 (Date and Time TBD)** |
| Deadline to file dispositive motions | **60 days after the order on class certification** | **60 days after the order on class certification** |

DATED: January 28, 2016                TYCKO AND ZAVAREEI, LLP

By _____*/s/ Hassan A. Zavareei*_____
         Hassan A. Zavareei

        Attorneys for Plaintiffs

DATED: January 28, 2016                PERKINS COIE LLP

By _____*/s/ Debra Bernard*_____
         Debra Bernard

        Attorneys for Defendant

STIPULATION TO AMEND SCHEDULING ORDER

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

   DATED:  January 28, 2016
4                                                    _____

5                                                       The Honorable
                                                                              DGE
6

7                                                       Judge Jon S. Tigar

8



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND SCHEDULING ORDER

1

## **FILER'S ATTESTATION**

2        Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

3   all parties have concurred in the filing of this Stipulation.

4

DATED: January 28, 2016                    TYCKO AND ZAVAREEI LLP

5

6                                          By____*/s/ Hassan A. Zavareei*_____
                                                Hassan A. Zavareei

7
                                           Attorney for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILER'S ATTESTATION