UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 14-cv-05678-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 123 |

Plaintiff Julie McKinney and Defendant Uber Technologies, Inc. have filed a stipulation of dismissal dated February 2, 2016, stating that they stipulate to dismiss with prejudice all claims McKinney asserted in this action. ECF No. 123. Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff McKinney and Defendant Uber have been dismissed with prejudice. The Clerk is directed to terminate Plaintiff McKinney as a party in this case.

IT IS SO ORDERED.

Dated: February 3, 2016

                                           JON S. TIGAR<br>                               United States District Judge