Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
Andrea R. Gold (admitted *pro hac vice*)
agold@tzlegal.com
Andrew J. Silver (admitted *pro hac vice*)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorneys for Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, OR  97209
Tel.:  (503) 727-2252
Fax:  (503) 346-2252

Debra R. Bernard (admitted *pro hac vice*)
dbernard@perkinscoie.com
**PERKINS COIE LLP**
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Tel.: (312) 324-8559

*Attorneys for Defendant Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 14-cv-05678-JST<br><br>Honorable Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE PAGE LIMIT FOR THE PARTIES' JOINT LETTER BRIEF** |

-1-

1      Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet (collectively, "Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

    WHEREAS, on February 8, 2016, Plaintiffs and Defendant will submit a supplemental joint letter brief describing any remaining discovery disputes from the December 23, 2015 joint letter brief;

    WHEREAS, the joint letter brief will address issues that are significant to the case, will involve highly technical information about whether generating certain information is technologically possible or feasible, and will incorporate deposition testimony, expert opinion, and documents that require explanation;

    WHEREAS, this Court's Civil Standing Order requires joint letter briefs to be five pages or less;

    WHEREAS, the Parties agree that the Court would benefit from briefing that more comprehensively addresses the issues presented; and

    WHEREAS, the Parties request a five-page enlargement of the Court's page limitation for joint letter briefs.

    IT IS HEREBY STIPULATED THAT:

    The Parties agree, subject to Court approval, to submit the supplemental joint letter brief of ten pages or less that describes the remaining disputed discovery issues, where the aforementioned ten pages will be single-spaced using 12-point Times New Roman font and includes neither the caption, which will be provided in a separate cover sheet, nor the signatures of counsel, which will be provided on the eleventh page.

DATED: February 2, 2016 **TYCKO & ZAVAREEI LLP**

By: */s/ Hassan A. Zavareei*
Hassan A. Zavareei, Bar No. 181547
hzavareei@tzlegal.com

Attorney for Plaintiffs

DATED: February 2, 2016 **PERKINS COIE LLP**

By: */s/ Debra R. Bernard*
Debra R. Bernard (admitted *pro hac vice*)
DBernard@perkinscoie.com

Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: February 3, 2016

IT IS SO ORDERED
Judge Jon S. Tigar

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: February 2, 2016						**TYCKO & ZAVAREEI LLP**

								By:  */s/ Hassan A. Zavareei*
								          Hassan A. Zavareei

								Attorney for Plaintiffs

129624745.2