Debra Bernard (admitted *pro hac vice*)
DBernard@perkinscoie.com
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9559

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS JAMES LATHROP, SANDEEP PAL, JENNIFER REILLY, JUSTIN BARTOLET, and JONATHAN GRINDELL on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 14-cv-05678-JST<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE RE: DOCUMENTS IN SUPPORT OF ITS LETTER BRIEF POSITION** |

The parties agreed to the following schedule for the February 8, 2016 joint letter brief following up on the parties' December 23, 2015 joint letter brief (after the January 25, 2016 30(b)(6) deposition of Defendant Uber Technologies, Inc. ("Uber")):

- Plaintiffs submit their portion of the joint letter brief and any expert declaration to Uber by Thursday, February 4, 2016 at 6 p.m. Eastern;
- Uber provides a response to Plaintiffs to be included in the joint letter by Sunday, February 7, 2016 at 6 p.m. Eastern;
- Plaintiffs file the joint letter (including any reply to Uber's response) by February 8, 2016 at midnight Pacific.

Uber respectfully submits the attached Declaration of Debra R. Bernard and Declaration of David McGoveran in support of its section of the parties' joint letter brief, which Plaintiffs will

be filing later today, pursuant to the above schedule.  Per the parties' agreement, the attached declarations are identical to those previously provided to Plaintiffs.

DATED:  February 8, 2016						Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Debra R. Bernard
    Debra R. Bernard

Attorney for Defendant
Uber Technologies, Inc.