Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
Andrea R. Gold (admitted *pro hac vice*)
agold@tzlegal.com
Andrew J. Silver (admitted *pro hac vice*)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorneys for Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209
Tel.: (503) 727-2252
Fax: (503) 346-2252

Debra R. Bernard (admitted *pro hac vice*)
dbernard@perkinscoie.com
**PERKINS COIE LLP**
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Tel.: (312) 324-8559

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 14-cv-05678-JST<br><br>Honorable Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE** |

-1-

1. Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet (collectively, "Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

WHEREAS, on November 2, 2015, this Court set the mediation completion deadline as February 29, 2016 (ECF 65);

WHEREAS, on January 27, 2016, Defendant cancelled the mediation set for February 10, 2016 because it believed that mediation was premature in light of the procedural posture of the litigation;

WHEREAS, Plaintiffs did not want to cancel the February 10, 2016 mediation and were prepared to move forward with the mediation before Judge Tevrizian;

IT IS HEREBY STIPULATED THAT:

The Parties agree, subject to Court approval, that the mediation completion deadline be extended by five months from February 29, 2016 to July 29, 2016.

DATED: February 25, 2016

**TYCKO AND ZAVAREEI, LLP**

By: */s/ Andrea R. Gold*
Andrea R. Gold (admitted *pro hac vice*)
agold@tzlegal.com

Attorneys for Plaintiffs

DATED: February 25, 2016

**PERKINS COIE LLP**

By: */s/ Sarah J. Crooks*
Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com

Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 26, 2016

_IT IS SO ORDERED_
_Judge Jon S. Tigar_

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: February 25, 2016

**PERKINS COIE** LLP

By: */s/ Sarah J. Crooks*
Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com

Attorneys for Defendant