1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                  NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMES LATHROP, et al.,                          Case No.  14-cv-05678-JST   (KAW)

              Plaintiffs,

8

         v.                                          **ORDER REGARDING JOINT**
9                                                    **DISCOVERY LETTER BRIEF**

10   UBER TECHNOLOGIES, INC.,                         Re: Dkt. No. 129

              Defendant.

11

12

13          The parties to the above-captioned case have filed a joint discovery letter regarding screen

14   flows and three data profiles that purportedly contain the text messages giving rise to this putative

15   class action.  (Dkt. No. 129-3.)  The matter was referred to the undersigned for resolution.  (Dkt.

16   No. 136.)  Having conducted a preliminary review of the parties' joint letter, the Court finds that

17   the filing is deficient.

18          First, Plaintiffs have not identified the propounded discovery that entitles them to the

19   information sought.  (*See id.* at 7 ("Further, these new requests are not included in any of

20   Plaintiffs' requests for production and were not raised in the parties' previous joint discovery letter

21   (which this letter supplements), preventing Uber from meaningfully raising its objections.").)

22   Second, the parties have used the instant filing to present a truncated motion to compel as opposed

23   to a true joint letter.  For example, Plaintiffs drafted their half of the joint letter, Defendant

24   provided its response, and Plaintiffs added a reply.  (Joint Ltr. at 1 n.1.)  This format does not

25   comply with this Court's General Standing Order.  (*See* Judge Westmore's General Standing Order

26   ¶ 13.)  The use of this format also shows that the parties have not sufficiently met and conferred.

27   In their "reply," Plaintiffs raise a new proposal, apparently in part due to the "newly revealed

28   information" contained in Defendant's portion of the joint letter—an appropriate topic for a meet

United States District Court
Northern District of California

1    and confer.  The parties shall properly meet and confer so that they can each consider their

2    respective proposals and arrive at an appropriate compromise.  Third, Plaintiffs do not address

3    Rule 26(b)(1)'s relevancy and proportionality requirements.  Given the substantial volume of the

4    information sought, Plaintiffs shall be sure to do so if the parties file a new joint letter brief.

5    Furthermore, if the parties file a joint letter in the future, they shall promptly lodge courtesy copies

6    of their filing, and if the parties seek to file any information under seal, those courtesy copies shall

7    comply with Civil Local Rule 79-5(d)(2).

8          For these reasons, the parties' joint discovery letter brief is TERMINATED.

9          IT IS SO ORDERED.

10   Dated: 03/11/2016

11                                                    _____
                                                      KANDIS A. WESTMORE
12                                                    United States Magistrate Judge

United States District Court
Northern District of California

2