# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  April 15, 2016     Judge:  Jon S. Tigar

Time:  10 minutes

Case No.     **3:14-cv-05678-JST**
Case Name     **James Lathrop, et al. v. Uber Technologies, Inc.**

Attorneys for Plaintiffs:     Hassan Ali Zavareei
            Andrea R. Gold

Attorneys for Defendant:     Sarah J. Crooks
            Debra R. Bernard

Deputy Clerk:  William Noble     Court Reporter: Not reported

## PROCEEDINGS

Telephonic case management conference.

## RESULT OF HEARING

1. The Court will issue a written order regarding the pending Motion for Leave to File Excess Pages (ECF No. 140)

2. Plaintiff informed the Court that it may need to request an extension of the case deadlines.

3. A further telephonic case management conference is set for July 15, 2016 at 2:00 p.m.  A joint case management conference statement is due in advance of the hearing.  [Please email a conference call number to jstcrd@cand.uscourts.gov.]