UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LATHROP, et al.,

        Plaintiffs,

    v.

UBER TECHNOLOGIES, INC.,

        Defendant.

Case No.  14-cv-05678-JST

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO AMEND THE SCHEDULING ORDER**

Re: ECF No. 150

      Before the Court is Plaintiffs' Motion to Extend Time to Respond to Defendant's Motion for Summary Judgment and to Amend the Scheduling Order.  ECF No. 150.  Defendant Uber opposes the motion.  ECF No. 152.  Good cause appearing, the Court grants the motion and hereby sets the following case deadlines:

| Event | Deadline |
|---|---|
| Plaintiffs' response to Defendant's motion for summary judgment | May 25, 2016 |
| Defendant's reply in support of motion for summary judgment | June 1, 2016 |
| Hearing on Defendant's motion for summary judgment | June 30, 2016 at 2:00 p.m. |
| Further telephonic case management conference | July 15, 2016 at 2:00 p.m. |
| Plaintiffs' expert designation | July 19, 2016 |
| Defendant's expert designation | August 18, 2016 |
| Plaintiffs' motion for class certification | October 17, 2016 |

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Defendant's opposition to class certification | November 21, 2016 |
| Plaintiffs' reply to motion for class certification | December 2, 2016 |
| Hearing on Plaintiff's motion for class certification | December 22, 2016 at 2:00 p.m. |
| Further case management conference | February 22, 2017 at 2:00 p.m. |
| Deadline to file dispositive motions[1] | 60 days after the order on class certification |

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

IT IS SO ORDERED.

Dated:  April 28, 2016

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

---

[1] The Court reminds the parties that ordinarily it will consider only one motion for summary judgment per party.  Any party wishing to exceed this limit must request leave of court and demonstrate good cause.  See Standing Order for All Civil Cases Before District Judge Jon S. Tigar, http://www.cand.uscourts.gov/jstorders.