Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
Andrea R. Gold (admitted pro hac vice)
agold@tzlegal.com
Andrew J. Silver (admitted pro hac vice)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorneys for Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No.: 14-cv-05678-JST<br><br>**DECLARATION OF ANDREW SILVER IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Honorable Jon S. Tigar |

I, Andrew J. Silver, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and admitted *pro hac vice* to represent Plaintiffs in this case, and am an attorney with the law firm Tycko & Zavareei LLP. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto. I am submitting this declaration in support of Defendant's Unopposed Administrative Motion to File Documents Under Seal, Dkt. No. 149.

2. This Declaration addresses only the exhibits attached to the Declaration of Sarah Crooks submitted in support of Defendant's Motion for Summary Judgment ("Crooks Declaration") which contained information designated as "Confidential" pursuant to the Stipulated Protective Order effective in this matter, Dkt. No. 53.

3. Exhibit D to the Crooks Declaration contains excerpts of the deposition transcript of Plaintiff Jennifer Reilly. The pages designated as "Confidential" in Exhibit D appear to have been labeled "Confidential" by the court reporter because the underlying document about which Plaintiff Reilly was being asked questions contained confidential information. However, none of the confidential information appears on the pages filed under seal in Exhibit D (pages 10, 11, and 32). Therefore, good cause does not exist to seal the portions of Exhibit D filed under seal by Defendant.

4. Exhibit E to the Crooks Declaration contains excerpts of the deposition transcript of Plaintiff James Lathrop. The pages designated as "Confidential" by Plaintiffs and filed under seal by Defendant (pages 76 and 77) contain sensitive, private information belonging to Mr. Lathrop, including his license plate number and driver's license number. If revealed, this information could be used for improper purposes. Therefore, compelling reasons and good cause exist to seal the portions of Exhibit E filed under seal by Defendant.

5. Exhibit F to the Crooks Declaration contains excerpts of the deposition transcript of Plaintiff Jonathan Grindell. The page designated as "Confidential" by Plaintiffs and filed under seal by Defendant (page 66) contains sensitive, private information belonging to Mr. Grindell, including his driver's license number and a portion of his social security number. If revealed, this information could be used for improper purposes. Therefore, compelling reasons

1  and good cause exist to seal the portions of Exhibit F filed under seal by Defendant.

2        6.      Exhibit G to the Crooks Declaration contains excerpts of the deposition transcript

3  of Plaintiff Justin Bartolet.  At the time Defendant filed its Motion to Seal, Plaintiffs were within

4  the 21-day period to more specifically identify portions of the transcript for which they seek

5  protection.  Therefore, Defendant filed Exhibit G under seal in its entirety.  Plaintiffs have since

6  provided Defendant with their confidentiality designations for Plaintiff Bartolet's deposition

7  transcript.  Of the excerpts filed under seal by Defendant, Plaintiffs designated only one page of

8  Plaintiff Bartolet's deposition transcript, page 112, as "Confidential."  Page 112 contains

9  sensitive, private information belonging to Plaintiff Bartolet, including his driver's license

10 number.  If revealed, this information could be used for improper purposes.  Therefore,

11 compelling reasons and good cause exist to seal page 112 of Plaintiff Bartolet's deposition

12 transcript, but good cause does not exist to seal the remaining pages filed under seal in connection

13 with Exhibit G.

14       7.      Plaintiffs' proposed sealing is narrowly tailored, and no less restrictive means

15 exists to protect the information that Plaintiffs have designated to be sealed.  Accordingly,

16 Plaintiffs respectfully request that the Court enter an order sealing the portions of Exhibit E to the

17 Crooks Declaration filed under seal by Defendant, the portions of Exhibit F to the Crooks

18 Declaration filed under seal by Defendant, and only the portion of Exhibit G of the Crooks

19 Declaration filed under seal by Defendant containing page 112 of Plaintiff Bartolet's deposition

20 transcript.

21       8.      I declare under penalty of perjury that the foregoing is true and correct. Executed

22 this 5th day of May, 2016, at Washington, D.C.

/s/ Andrew J. Silver
Andrew J. Silver, Esq.
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on May 5, 2016, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

        /s/ Andrew J. Silver
        Andrew J. Silver, Esq.
        *Attorney for Plaintiffs*

DECLARATION OF ANDREW SILVER IN SUPPORT OF DEFENDANT'S MOTION TO SEAL