1  Hassan A. Zavareei (SBN 181547)
   hzavareei@tzlegal.com
2  Andrea R. Gold (admitted pro hac vice)
   agold@tzlegal.com
3  Andrew J. Silver (admitted pro hac vice)
   asilver@tzlegal.com
4  **TYCKO & ZAVAREEI LLP**
   1828 L Street, N.W., Suite 1000
5  Washington, DC 20036
   Tel.: (202) 973-0900
6  Fax: (202) 973-0950

7  Kristen Law Sagafi (SBN 222249)
   ksagafi@tzlegal.com
8  **TYCKO & ZAVAREEI LLP**
   483 Ninth Street, Suite 200
9  Oakland, CA 94607
   Tel.: (510) 907-7255
10 Fax: (202) 973-0950

11 *Attorneys for Plaintiffs James Lathrop,*
   *Jonathan Grindell, Sandeep Pal,*
12 *Jennifer Reilly, and Justin Bartolet*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:14-cv-05678-JST<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge Kandis A. Westmore |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This Court, having reviewed Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilley and Justin Bartolet's Administrative Motion to File Documents Under Seal (the "Administrative Motion"), and good cause having been shown therefore, GRANTS the Administrative Motion. The following documents or portions of documents submitted by Plaintiffs and Defendant Uber Technologies, Inc. shall be FILED UNDER SEAL or REDACTED:

| Document Name | Portions to be Filed Under Seal or Redacted |
|---|---|
| Joint Letter Brief No. 1 | <u>Joint Letter Brief:</u> excerpts at pages 3, 4.<br><u>Exhibit A:</u> p. 118 l:6-119:21; 120:9–125:12; 130:18-22; 131:16-22; 132:2–136:14; 136:20–137; 425:24–426:2; 426:18 – 427:21; 428:5-13.<br><u>Exhibit B:</u> p. 118:1-22; 119:9-16; 120:1-18. |
| Joint Letter Brief No. 2 | <u>Joint Letter Brief:</u> excerpts at pages 4, 5, 6.<br><u>Exhibit A:</u> p. 50:22-25; 51:3, 9-14, 17-25; 52–55 :19; 70–71:14; 72:3-23; 73:3–74:13; 75; 76:1-10, 16-25; 77; 90:11-22; 91:16-21; 94:21–96:21; 97:2-25; 110:1-8; 111:6-19, 25; 112:1-3.<br><u>Exhibit B:</u> p. 242:20-25; 243:1, 5-13; 244:1-11; 245:12-25; 246:4-8; 248:23-25; 514:21–515:8; 516:2-7; 533:5-13, 25; 534:1-11; 535:12-25; 536:4-8; 557:5-16; 558:5-16; 560:8-12. |

| Joint Letter Brief No. 3 | Joint Letter Brief: excerpts at pages 2-6. Uber's Responses and Objections to Plaintiffs' Fourth Request for Production of Documents: excerpt at page 7. Exhibit A: p. 174–175:14; 176:23–177; 186–189:23; 198:10-15, 18-25; 199:1-9, 16-25; 200:1-19, 23-25; 201:1-22; 202:2–205; 578:3-25; 579:1-13, 21-25; 580:1-21; 581:1-22; 582:17–583:14; 584:7-10, 19-25; 585; 586:1-3, 10-17; 587:2–588:5. |
|---|---|

Only this Court, court personnel, and interested parties to this case may inspect the records or portions of records sealed by this Order.

IT IS SO ORDERED.

Dated: May 25, 2016

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge