UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LATHROP, et al.,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

    Defendant.

Case No. 14-cv-05678-JST

**ORDER VACATING HEARING**

Re: ECF No. 172

Before the Court is Plaintiff's motion to defer Court's consideration of Defendant's motion for summary judgment until after the order on class certification. ECF No. 172. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 30, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: June 20, 2016

                            JON S. TIGAR
                        United States District Judge