Hassan A. Zavareei (SBN 181547)
hzavareei@tzlegal.com
Andrea R. Gold (admitted *pro hac vice*)
agold@tzlegal.com
Andrew J. Silver (admitted *pro hac vice*)
asilver@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

Kristen Law Sagafi (SBN 222249)
ksagafi@tzlegal.com
**TYCKO & ZAVAREEI LLP**
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

*Attorneys for Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet*

Sarah J. Crooks (admitted *pro hac vice*)
SCrooks@perkinscoie.com
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209
Tel.: (503) 727-2252
Fax: (503) 346-2252

Debra R. Bernard (admitted *pro hac vice*)
dbernard@perkinscoie.com
**PERKINS COIE LLP**
131 South Dearborn, Suite 1700
Chicago, Illinois 60603
Tel.: (312) 324-8559

*Attorneys for Defendant Uber Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 14-cv-05678-JST<br><br>Honorable Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1   Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin
2   Bartolet (collectively, "Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant"), by and
3   through their respective attorneys of record, stipulate and agree as follows:
4   WHEREAS, on June 7, 2016, Plaintiffs sought leave of the Court to file a Third Amended
5   Complaint (Dkt. No. 177);
6   IT IS HEREBY STIPULATED THAT:
7   ~~Subject to Court approval, the Third Amended Complaint[1] shall be deemed filed, pursuant~~
8   ~~to Fed. R. Civ. P. 15(a)(1)(B), on the date that the Court enters its Order pursuant to this~~
9   ~~Stipulation;~~   The plaintiff shall file the Third Amended Complaint within 3 days of this Order;
10  Defendant may file its responsive pleading within 30 days of the filing of the Third
11  Amended Complaint. If Defendant chooses to answer the Third Amended Complaint, Defendant
12  need only respond to the new allegations, with Defendant's current Answer [Dkt. No. 56]
13  answering the previously-pled allegations;
14  Plaintiffs' Motion to Defer Court's Consideration of Defendant's Motion for Summary
15  Judgment Until After The Order on Class Certification (Dkt. No. 172) and Defendant's Motion
16  for Summary Judgment (Dkt. No. 146) shall not be mooted, delayed, or otherwise impacted by
17  the filing of the Third Amended Complaint, but the parties may file corrected versions of these
18  two motions with references to the Third Amended Complaint within 7 days of the Court's Order
19  pursuant to this Stipulation;
20  Neither party will rely on the filing of the Third Amended Complaint as a basis to request
21  modification of any of the deadlines in the current Scheduling Order (Dkt. No. 153); and
22  Should it so choose, Defendant may seek to reopen the depositions of Plaintiffs Lathrop,
23  Grindell, Reilly, and Bartolet. However, any new examination must be limited only to the issues
24  raised by the amendments to the Second Amended Complaint. Should they occur, said

---

[1] Corrected versions—both in redline and final—of the Third Amended Complaint stipulated to by the Parties are attached hereto as Exhibits A and B, respectively. The previously filed Third Amended Complaint (Dkt Nos. 177-3 and 177-4) contains an unintentional deletion of paragraphs 75-87, which has been remedied in the attached exhibits.

depositions must be conducted either via teleconference or videoconference, or in person in the town in which each aforementioned Plaintiff resides at the time of the deposition.

| | |
|---|---|
| DATED:  June 21, 2016 | **TYCKO AND ZAVAREEI, LLP** |
| | By: /s/ Hassan A. Zavareei |
| | Hassan A. Zavareei, Bar No. 181547 |
| | hzavareei@tzlegal.com |
| | Attorneys for Plaintiffs |
| DATED:  June 21, 2016 | **PERKINS COIE LLP** |
| | By: /s/ Sarah Crooks |
| | Sarah Crooks (admitted *pro hac vice*) |
| | scrooks@perkinscoie.com |
| | Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: June 22, 2016

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' THIRD AMENDED COMPLAINT

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation.

DATED: June 21, 2016　　　　　　　　　**TYCKO & ZAVAREEI LLP**

By:  */s/ Hassan A. Zavareei*
Hassan A. Zavareei, Bar No. 181547
hzavareei@tzlegal.com

Attorney for Plaintiffs