UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES LATHROP, et al., | Case No. 14-cv-05678-JST |
|---|---|
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to the parties' stipulation, and ECF No. 206, and the Court's orders during today's telephonic case management conference, the Court hereby sets the following modified case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiffs' expert disclosures | October 21, 2016 |
| Defendant's expert disclosures | November 21, 2016 |
| Plaintiffs' motion for class certification | January 17, 2017 |
| Defendant's opposition to class certification | February 21, 2017 |
| Plaintiffs' class certification reply | March 13, 2017 |
| Hearing on Plaintiffs' class certification motion | March 31, 2017 |
| Mediation deadline | April 7, 2017 |
| Dispositive motion filing deadline | 60 days after the order on class certification |

1    All other deadlines remain unchanged.

2    The Court will not set a discovery cut-off at this time. The Court will conduct a case
3    management conference following a decision on Plaintiffs' class certification motion. At that
4    conference the parties will suggest, and Court will set, a schedule for the remainder of the action.

5    Counsel may not modify these dates without leave of court. The parties shall comply with
6    the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

7    IT IS SO ORDERED.

8    Dated: July 15, 2016

_____
JON S. TIGAR
United States District Judge