UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 14-cv-05678-JST (KAW)<br><br>**ORDER REGARDING INCOMPLETE CHAMBERS COPIES**<br><br>Re: Dkt. No. 203 |

On July 19, 2016, the Clerk issued a notice advising the parties that the undersigned had not received chambers copies of Dkt. Nos. 202, 203, 204, and 208. The Court has since received chambers copies of those documents. The chambers copy of Dkt. No. 203, however, is incomplete and does not include a copy of the parties' unredacted letter brief. The parties are ordered to lodge a complete chambers copy of Dkt. No. 203 by no later than July 29, 2016.

IT IS SO ORDERED.

Dated: 07/26/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge