UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 14-cv-05678-JST (KAW)<br><br>**ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 203 |

The parties to the above-captioned case have filed a motion to file documents under seal. They seek to file certain portions of a joint letter under seal along with certain excerpts from accompanying exhibits. The motion is DENIED WITHOUT PREJUDICE because it is not "narrowly tailored to seek sealing only of sealable material." *See* Civil L.R. 79-5(b). The parties may re-file an administrative motion to seal that fully complies with Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: 08/01/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge