

▸ WASHINGTON DC
1828 L Street, NW | Suite 1000
Washington, DC 20036
202.973.0900
www.tzlegal.com

CALIFORNIA
483 Ninth Street | Suite 200
Oakland, CA 94607
510.254.6808

**VIA CM/ECF**

December 1, 2016                                                            Our File No. 327-01

The Honorable Jon S. Tigar
San Francisco Courthouse
Courtroom 9 - 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      RE:    *Lathrop, et al. v. Uber Technologies, Inc.*, Case No. 14-cv-05678 (N.D. Cal.)

Dear Judge Tigar:

    I am writing because I gave you incorrect information during the Case Management Conference on Monday, November 28. At the CMC, I represented that there was no outstanding document discovery in the case. After the CMC, I recalled that we issued two Requests for Production of Documents on November 4, 2016, to which responses are outstanding and due next week.

    Although I misspoke during the CMC, the responses to those discovery requests will have no impact the schedule in this matter. In the event that we require Court assistance in resolving disputes relating to this discovery, we will still adhere to the current case schedule, provided the parties are able to resolve their pending dispute regarding a Rule 30(b)(6) deposition in a timely fashion. Despite the fact that my misstatement will not change the schedule, I regret the mistake and wanted to be sure the record was clear.

                                                  Sincerely,

                                                  Hassan A. Zavareei