United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LATHROP, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-05678-JST   (SK)<br><br>**ORDER REGARDING JOINT LETTER BRIEF NO. 5**<br><br>Regarding Docket No. 235 |

　　　　This matter comes before the Court upon consideration of the parties' joint letter brief (Dkt. 235) regarding the Plaintiffs request for a further deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). Having carefully considered the parties' papers, relevant legal authority, and the record in the case, the Court hereby GRANTS IN PART and DENIES IN PART Plaintiffs' request. The Court finds that Plaintiffs have demonstrated that a further deposition is warranted, but that they have not shown that a full additional seven hours is necessary. Therefore, the Court ORDERS that Plaintiffs may conduct a further deposition pursuant to Rule 30(b)(6), however, such deposition may not be any longer than four hours. The deposition shall be limited to the topics listed in the deposition notice.

　　　　**IT IS SO ORDERED**.

Dated: December 14, 2016

_____
SALLIE KIM
United States Magistrate Judge