HASSAN A. ZAVAREEI (SBN 181547)
  hzavareei@tzlegal.com
ANDREA R. GOLD (admitted *pro hac vice*)
  agold@tzlegal.com
ANDREW J. SILVER (admitted *pro hac vice*)
  asilver@tzlegal.com
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

KRISTEN LAW SAGAFI (SBN 222249)
  ksagafi@tzlegal.com
TYCKO & ZAVAREEI LLP
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

Attorneys for Plaintiffs JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, AND JUSTIN BARTOLET

AUSTIN SCHWING, SBN 211696
  aschwing@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

OLIVIA ADENDORFF (admitted *pro hac vice*)
  oadendorff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Facsimile:  214.571.2900

CHARLES W. PROCTOR, SBN 293087
  cproctor@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

Attorneys for Defendant UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 14-CV-05678-JST<br><br>**STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER** |

WHEREAS, pursuant to Judge Kim's December 14, 2016 Order (Dkt. No. 237), Uber Technologies, Inc. and Plaintiffs (the "Parties") have agreed to schedule a 30(b)(6) deposition of Defendant on January 26, 2017, which testimony may have bearing on issues pertinent to expert opinions;

WHEREAS, the Parties agree that the current deadline for Plaintiffs to make expert disclosures on January 19, 2017 should be moved to February 15, 2017;

WHEREAS, the Parties agree that the current deadline for Defendant to make expert disclosures on February 20, 2017 should be moved to March 17, 2017;

WHEREAS, the Parties agree that the current class certification briefing deadlines should be modified slightly;

WHEREAS, the hearing on Plaintiffs' motion for class certification is presently set for June 29, 2017, on which day Plaintiffs' lead counsel has a planned vacation out of the country, and the Parties agree that July 20, 2017 would be a mutually convenient alternative date for that hearing; and

WHEREAS, the Parties agree that the current deadline for mediation of July 6, 2017 should be rescheduled to August 1, 2017;

THEREFORE, the Parties stipulate and agree that the case schedule should be amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' expert designation | January 19. 2017 | February 15, 2017 |
| Defendant's expert designation | February 20, 2017 | March 17, 2017 |
| Plaintiffs' motion for class certification | April 20, 2017 | April 27, 2017 |
| Defendant's opposition to class certification | May 22, 2017 | June 2, 2017 |
| Plaintiffs' reply to motion for class certification | June 12, 2017 | June 23, 2017 |
| Hearing on Plaintiffs' motion for class certification | June 29, 2017 | July 20, 2017 at 2:00 p.m. |
| Mediation deadline | July 6, 2017 | August 1, 2017 |
| Deadline to file dispositive motions | 60 days after the order on class certification | 60 days after order on class certification. |

Gibson, Dunn & Crutcher LLP

1

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

Dated: January 5, 2017

          TYCKO & ZAVAREEI, LLP

          By:  /s/ Hassan Zavareei
                    Hassan A. Zavareei

          Attorneys for Plaintiffs

Dated: January 5, 2017

          GIBSON, DUNN & CRUTCHER LLP

          By:  /s/ Austin Schwing
                    Austin Schwing

          Attorneys for Defendant

Gibson, Dunn & Crutcher LLP

2

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.  The amended case schedule is as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' expert designation | January 19. 2017 | February 15, 2017 |
| Defendant's expert designation | February 20, 2017 | March 17, 2017 |
| Plaintiffs' motion for class certification | April 20, 2017 | April 27, 2017 |
| Defendant's opposition to class certification | May 22, 2017 | June 2, 2017 |
| Plaintiffs' reply to motion for class certification | June 12, 2017 | June 23, 2017 |
| Hearing on Plaintiffs' motion for class certification | June 29, 2017 | July 20, 2017 at 2:00 p.m. |
| Mediation deadline | July 6, 2017 | August 1, 2017 |
| Deadline to file dispositive motions | 60 days after the order on class certification | 60 days after order on class certification. |

Dated:  January 5, 2017

_____
HON. JON S. TIGAR
United States District Court

3

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

Gibson, Dunn & Crutcher LLP