HASSAN A. ZAVAREEI (SBN 181547)
  hzavareei@tzlegal.com
ANDREA R. GOLD (admitted *pro hac vice*)
  agold@tzlegal.com
ANDREW J. SILVER (admitted *pro hac vice*)
  asilver@tzlegal.com
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Tel.: (202) 973-0900
Fax: (202) 973-0950

KRISTEN LAW SAGAFI (SBN 222249)
  ksagafi@tzlegal.com
TYCKO & ZAVAREEI LLP
483 Ninth Street, Suite 200
Oakland, CA 94607
Tel.: (510) 907-7255
Fax: (202) 973-0950

Attorneys for Plaintiffs JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, AND JUSTIN BARTOLET

AUSTIN SCHWING, SBN 211696
  aschwing@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

OLIVIA ADENDORFF (admitted *pro hac vice*)
  oadendorff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Facsimile: 214.571.2900

CHARLES W. PROCTOR, SBN 293087
  cproctor@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Attorneys for Defendant UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 14-CV-05678-JST<br><br>**STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER** |

Gibson, Dunn & Crutcher LLP

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

1  WHEREAS, Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the "Parties") have, in an effort to resolve this matter and *Vergara v. Uber Technologies, Inc.*, No. 15-cv-06942 (N.D. Ill.) (Durkin, J.), another putative TCPA class action pending in the Northern District of Illinois against Uber (collectively, the "Cases"), agreed to attend a mediation for the two Cases with the Honorable Layn R. Phillips on May 23, 2017;

WHEREAS, the Parties agree that rather than enter into an indefinite stay, it would be preferable to modify the deadlines in this matter to ensure that it proceed efficiently should the Parties be unable to arrive at a resolution via mediation;

WHEREAS, the parties agree that Uber will provide responses to outstanding discovery requests issued by Plaintiffs prior to entering into this Stipulation;

WHEREAS, the proposed modification to the deadlines in this matter would result in only a seven-week adjustment to the hearing on Plaintiffs' motion for class certification;

THEREFORE, the Parties stipulate and agree that the case schedule should be amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Mediation with Hon. Layn Phillips (Corona Del Mar, CA) | August 1, 2017 (mediation deadline) | May 23, 2017 (mediation to take place) |
| Deposition of Plaintiffs' expert witnesses | N/A | Weeks of May 29, 2017 and June 5, 2017 |
| Defendant's expert designation | March 17, 2017 | June 9, 2017 |
| Plaintiffs' motion for class certification | April 27, 2017 | June 26, 2017 |
| Defendant's opposition to class certification | June 2, 2017 | August 1, 2017 |
| Plaintiffs' reply to motion for class certification | June 23, 2017 | August 22, 2017 |
| Hearing on Plaintiffs' motion for class certification | July 20, 2017 at 2:00 p.m. | September 7, 2017, at 2:00 p.m. |
| Mediation deadline | August 1, 2017 | No change |

Gibson, Dunn & Crutcher LLP

1

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to file dispositive motions | 60 days after the order on class certification | No change |

Dated: March 1, 2017

                         TYCKO & ZAVAREEI, LLP

                         By: /s/ Hassan Zavareei
                                    Hassan A. Zavareei

                         Attorneys for Plaintiffs

Dated: March 1, 2017

                         GIBSON, DUNN & CRUTCHER LLP

                         By: /s/ Austin Schwing
                                    Austin Schwing

                         Attorneys for Defendant

Gibson, Dunn & Crutcher LLP

2

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The amended case schedule is as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Mediation with Hon. Layn Phillips (Corona Del Mar, CA) | August 1, 2017 (mediation deadline) | May 23, 2017 (mediation to take place) |
| Deposition of Plaintiffs' expert witnesses | N/A | Weeks of May 29, 2017 and June 5, 2017 |
| Defendant's expert designation | March 17, 2017 | June 9, 2017 |
| Plaintiffs' motion for class certification | April 27, 2017 | June 26, 2017 |
| Defendant's opposition to class certification | June 2, 2017 | August 1, 2017 |
| Plaintiffs' reply to motion for class certification | June 23, 2017 | August 22, 2017 |
| Hearing on Plaintiffs' motion for class certification | July 20, 2017 at 2:00 p.m. | September 7, 2017, at 2:00 p.m. |
| Mediation deadline | August 1, 2017 | No change |
| Deadline to file dispositive motions | 60 days after the order on class certification | No change |

Dated: _____      _____
                                HON. JON S. TIGAR
                                United States District Court

3

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

Gibson, Dunn & Crutcher LLP