1   HASSAN A. ZAVAREEI (SBN 181547)
       hzavareei@tzlegal.com
2   ANDREA R. GOLD (admitted *pro hac vice*)
       agold@tzlegal.com
3   ANDREW J. SILVER (admitted *pro hac vice*)
       asilver@tzlegal.com
4   TYCKO & ZAVAREEI LLP
    1828 L Street, N.W., Suite 1000
5   Washington, DC 20036
    Tel.: (202) 973-0900
6   Fax: (202) 973-0950

7   KRISTEN LAW SAGAFI (SBN 222249)
       ksagafi@tzlegal.com
8   TYCKO & ZAVAREEI LLP
    483 Ninth Street, Suite 200
9   Oakland, CA 94607
    Tel.: (510) 907-7255
10  Fax: (202) 973-0950

11  Attorneys for Plaintiffs JAMES LATHROP,
    JONATHAN GRINDELL, SANDEEP PAL,
12  JENNIFER REILLY, AND JUSTIN
    BARTOLET
13

AUSTIN SCHWING, SBN 211696
   aschwing@gibsondunn.com
RACHEL S. BRASS, SBN 219301
   rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

OLIVIA ADENDORFF (admitted *pro hac vice*)
   oadendorff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX  75201-6912
Telephone: 214.698.3100
Facsimile:  214.571.2900

CHARLES W. PROCTOR, SBN 293087
   cproctor@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

Attorneys for Defendant UBER
TECHNOLOGIES, INC.

14

15

16

17

18                  UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                   SAN FRANCISCO DIVISION

21  JAMES LATHROP, JONATHAN
    GRINDELL, SANDEEP PAL, JENNIFER
22  REILLY, and JUSTIN BARTOLET on behalf
    of themselves and all others similarly situated,
23

24              Plaintiff,

25         v.

26  UBER TECHNOLOGIES, INC.,

27              Defendant.

28

CASE NO. 14-CV-05678-JST

**STIPULATION TO MODIFY CASE
SCHEDULE AND [PROPOSED] ORDER**

Gibson, Dunn &
Crutcher LLP

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE
NO. 14-CV-05678-JST

1    WHEREAS, Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and

2   Justin Bartolet ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Uber") (collectively, the

3   "Parties") have, in an effort to resolve this matter and *Vergara v. Uber Technologies, Inc.*, No. 15-cv-

4   06942 (N.D. Ill.) (Durkin, J.), another putative TCPA class action pending in the Northern District of

5   Illinois against Uber (collectively, the "Cases"), agreed to attend a mediation for the two Cases with

6   the Honorable Layn R. Phillips on May 23, 2017;

7    WHEREAS, the Parties agree that rather than enter into an indefinite stay, it would be

8   preferable to modify the deadlines in this matter to ensure that it proceed efficiently should the

9   Parties be unable to arrive at a resolution via mediation;

10    WHEREAS, the parties agree that Uber will provide responses to outstanding discovery

11   requests issued by Plaintiffs prior to entering into this Stipulation;

12    WHEREAS, the proposed modification to the deadlines in this matter would result in only a

13   seven-week adjustment to the hearing on Plaintiffs' motion for class certification;

14    THEREFORE, the Parties stipulate and agree that the case schedule should be amended as

15   follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Mediation with Hon. Layn Phillips (Corona Del Mar, CA) | August 1, 2017 (mediation deadline) | May 23, 2017 (mediation to take place) |
| Deposition of Plaintiffs' expert witnesses | N/A | Weeks of May 29, 2017 and June 5, 2017 |
| Defendant's expert designation | March 17, 2017 | June 9, 2017 |
| Plaintiffs' motion for class certification | April 27, 2017 | June 26, 2017 |
| Defendant's opposition to class certification | June 2, 2017 | August 1, 2017 |
| Plaintiffs' reply to motion for class certification | June 23, 2017 | August 22, 2017 |
| Hearing on Plaintiffs' motion for class certification | July 20, 2017 at 2:00 p.m. | September 7, 2017, at 2:00 p.m. |
| Mediation deadline | August 1, 2017 | No change |

Gibson, Dunn & Crutcher LLP

1

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline to file dispositive motions | 60 days after the order on class certification | No change |

Dated: March 1, 2017

TYCKO & ZAVAREEI, LLP


By:   /s/ Hassan Zavareei
          Hassan A. Zavareei


Attorneys for Plaintiffs

Dated: March 1, 2017

GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Austin Schwing
          Austin Schwing


Attorneys for Defendant

STIPULATION TO MODIFY CASE SCHEDULE AND [PROPOSED] ORDER – LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

Gibson, Dunn & Crutcher LLP

1

# [PROPOSED] ORDER

2        Pursuant to the Parties' stipulation, IT IS SO ORDERED.  The amended case schedule is as

3    follows:

4

| Event | Current Deadline | Amended Deadline |
|-------|------------------|------------------|
| Mediation with Hon. Layn Phillips (Corona Del Mar, CA) | August 1, 2017 (mediation deadline) | May 23, 2017 (mediation to take place) |
| Deposition of Plaintiffs' expert witnesses | N/A | Weeks of May 29, 2017 and June 5, 2017 |
| Defendant's expert designation | March 17, 2017 | June 9, 2017 |
| Plaintiffs' motion for class certification | April 27, 2017 | June 26, 2017 |
| Defendant's opposition to class certification | June 2, 2017 | August 1, 2017 |
| Plaintiffs' reply to motion for class certification | June 23, 2017 | August 22, 2017 |
| Hearing on Plaintiffs' motion for class certification | July 20, 2017 at 2:00 p.m. | ~~September 7,~~ 2017, at 2:00 p.m. September 14 |
| Mediation deadline | August 1, 2017 | No change |
| Deadline to file dispositive motions | 60 days after the order on class certification | No change |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

Dated:  March 7, 2017

21                                                                    _____
                                                                     HON. JON S. TIGAR
22                                                                   United States District Court

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP