| | |
|---|---|
| HASSAN A. ZAVAREEI (SBN 181547)<br>  hzavareei@tzlegal.com<br>ANDREA R. GOLD (admitted *pro hac vice*)<br>  agold@tzlegal.com<br>ANDREW J. SILVER (admitted *pro hac vice*)<br>  asilver@tzlegal.com<br>TYCKO & ZAVAREEI LLP<br>1828 L Street, N.W., Suite 1000<br>Washington, DC 20036<br>Tel.: (202) 973-0900<br>Fax: (202) 973-0950<br><br>KRISTEN LAW SAGAFI (SBN 222249)<br>  ksagafi@tzlegal.com<br>TYCKO & ZAVAREEI LLP<br>483 Ninth Street, Suite 200<br>Oakland, CA 94607<br>Tel.: (510) 907-7255<br>Fax: (202) 973-0950<br><br>Attorneys for Plaintiffs JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, AND JUSTIN BARTOLET | AUSTIN SCHWING, SBN 211696<br>  aschwing@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306<br><br>OLIVIA ADENDORFF (admitted *pro hac vice*)<br>  oadendorff@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX  75201-6912<br>Telephone: 214.698.3100<br>Facsimile:  214.571.2900<br><br>CHARLES W. PROCTOR, SBN 293087<br>  cproctor@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: 650.849.5300<br>Facsimile:  650.849.5333<br><br>Attorneys for Defendant UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES LATHROP, JONATHAN GRINDELL, SANDEEP PAL, JENNIFER REILLY, and JUSTIN BARTOLET on behalf of themselves and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | CASE NO. 14-CV-05678-JST<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

STIPULATION OF VOLUNTARY DISMISSAL — LATHROP ET AL. V. UBER TECHNOLOGIES, INC. – CASE NO. 14-CV-05678-JST

1. Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs James Lathrop, Jonathan Grindell, Sandeep Pal, Jennifer Reilly, and Justin Bartolet ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective attorneys of record, stipulate and agree as follows:

Plaintiffs and Defendant hereby stipulate to dismiss all claims Plaintiffs asserted in this action without prejudice. The parties have reached a settlement of both this lawsuit and another TCPA lawsuit against Defendant, *Vergara v. Uber Technologies, Inc.*, Case No. 15-CV-6942 (N.D. Ill.). The active complaint in *Vergara* has been amended to include Plaintiffs' claims and the parties have moved for preliminary approval of the settlement in the *Vergara* court. *See Vergara* Dkt. Nos. 81-86.

Dated: August 11, 2017

TYCKO & ZAVAREEI, LLP

By: /s/ *Hassan Zavareei*
Hassan A. Zavareei

Attorneys for Plaintiffs

Dated: August 11, 2017

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Austin Schwing*
Austin Schwing

Attorneys for Defendant